

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § | No. 08-15-00166-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| ADEL MONTES AND JESUS MONTES, | | of El Paso County, Texas |
| | § | |
| | | (TC# 2013-DCV2524) |
| Appellees. | § | |
| | | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is an agreed motion to dismiss the permissive interlocutory appeal because the trial court has vacated the order being challenged on appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring them.

STEVEN L. HUGHES, Justice

December 18, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.